```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16768
   MICHAEL DIETTE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3798


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/30/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST         PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK              NOTICE ONLY      NOT FILED             .00              .00
FRANKLIN MORTGAGE LOAN     CURRENT MORTG          .00             .00              .00
OCWEN FEDERAL BANK         CURRENT MORTG          .00             .00              .00
BRIDGEVIEW BANK & TRUST    UNSECURED       NOT FILED              .00              .00
BRIDGEVIEW BANK GROUP      NOTICE ONLY     NOT FILED              .00              .00
BRIDGEVIEW BANK GROUP      NOTICE ONLY     NOT FILED              .00              .00
CHASE BANK USA NA          UNSECURED          357.71              .00              .00
CHASE BANK USA NA          UNSECURED         1943.39              .00              .00
FREMONT INVESTMENT AND L   NOTICE ONLY     NOT FILED              .00              .00
FREMONT INVESTMENT         NOTICE ONLY     NOT FILED              .00              .00
FREMONT INVESTMENT & LOA   NOTICE ONLY     NOT FILED              .00              .00
INDY MAC BANK              NOTICE ONLY     NOT FILED              .00              .00
LASALLE NATIONAL BANK      NOTICE ONLY     NOT FILED              .00              .00
LASALLE NATIONAL BANK      NOTICE ONLY     NOT FILED              .00              .00
LASALLE NATIONAL BANK      NOTICE ONLY     NOT FILED              .00              .00
MTGLQ                      UNSECURED        46911.35              .00              .00
ROB CARMEN                 NOTICE ONLY     NOT FILED              .00              .00
BRIDGEVIEW BANK GROUP      SECURED NOT I    31261.23              .00              .00
OCWEN FEDERAL BANK         SECURED NOT I     5085.26              .00              .00
EMC MORTGAGE               CURRENT MORTG          .00             .00              .00
EMC MORTGAGE               SECURED NOT I    13388.90              .00              .00
FRANKLIN MORTGAGE LOAN     MORTGAGE ARRE      225.00              .00              .00
DENNIS M SBERTOLI          DEBTOR ATTY          .00                                .00
TOM VAUGHN                 TRUSTEE                                                 .00
DEBTOR REFUND              REFUND                                              777.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      777.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16768 MICHAEL DIETTE
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                      777.00
                                    ---------------    ---------------
TOTALS                                      777.00             777.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/27/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE



                              PAGE   2
           CASE NO. 08 B 16768 MICHAEL DIETTE